**MILO CORPORATION, a Florida corporation, v. JOHN D. CLARK, INC., a Florida corporation.**

24 So. (2nd) 4                                                    June Term, 1945
December 4, 1945                                              Division A

*Wilson Trammell,* for appellant.

*L. S. Julian, Eric C. Van Enter* and *Shutts, Bowen, Simmons, Prevatt & Julian,* for appellee.

PER CURIAM:

The decree is affirmed upon the authority of Lang et ux. v. Quaker Realty Corp., 131 Fla. 179, 179 So. 144; Shaw v. Hamm, et ux. 133 Fla. 722, 183 So. 19; Banks, et al., v. Shaw, et al., 144 Fla. 550, 198 So. 341; Shaw v. Morrison, et al., 145 Fla. 443, 199 So. 566.

Affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.